Joshua Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Yana A. Hart, Esq (SBN: 306499)
yana@westcoastlitigation.com
**Hyde and Swigart, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*
Ophelia Augustine

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPHELIA AUGUSTINE,<br><br>Plaintiff,<br><br>v.<br><br>LIEN ENFORCEMENT, INC.,<br><br>Defendant. | **CASE NO.: 18-CV-02115-JAH-NSL**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**HON. JOHN A. HOUSTON** |

　　　Plaintiff OPHELIA AUGUSTINE and defendant, LIEN ENFORCEMENT, INC. ("Defendant"), hereby jointly move to dismiss the above entitled action with prejudice as to the named Plaintiff and without prejudice as to the Putative Class, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

　　　The notice and approval requirements of Federal Rule of Civil Procedure

23(e)[1] are inapplicable to the parties' settlement and dismissal of this Putative Class action because this action has not been certified as a class. Regardless, there is no prejudice to the absent class members because (i) it is highly unlikely that there has been any reliance by putative class members on the filing of this class action to vindicate their rights; (ii) putative class members' claims will not be prejudiced by lack of adequate time to file other actions due to the tolling of the absent class members' claims; (iii) there have been no concessions, impairments or other actions taken by the Parties' counsel that would prejudice the class' claims; and (iv) the putative class members are being dismissed without prejudice.

WHEREFORE, the parties respectfully request that this Court dismiss this action with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: December 28, 2018                             **HYDE & SWIGART, APC**

                                                                         By: _s/ Yana A. Hart_
                                                                         Yana A. Hart
                                                                         *Attorney for Plaintiff*

---

[1] Federal Rule of Civil Procedure 23(e) states "[t]he claims, issues or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the Court's approval.